The People of the State of New York, Respondent,
against
Marc Carmon, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kate Paek, J.), rendered June 20, 2016, convicting him, upon a plea of guilty, of unlawful possession of marijuana, and sentencing him to a $200 fine.




Per Curiam.
Judgment of conviction (Kate Paek, J.) rendered, June 20, 2016, modified, as a matter of discretion in the interest of justice, to the extent of reducing the fine to $100. 
We find the fine to be excessive to the extent indicated.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: January 18, 2019